FOR COURT USE ONLY

**FILED & ENTERED**

APR 08 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mcnabb   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Cynthia Anne Valle,<br>Ernesto Valle<br><br>Elizabeth (ND) Rojas | CHAPTER:    13 |
| | CASE NO.:    ND-08-10467RR |
| Debtor(s). | DATE:    April 8, 2009<br>TIME:    9:00 AM |
| Trustee. | CTRM:    201<br>FLOOR:    2nd |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT:   GMAC Mortgage, LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee for Homecomings Financial Network, Inc. )

1.    The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by stipulation

2.    The Motion affects the following real property (the "Property"):
        *Street Address:*   **447 Jullien Dr.**
        *Apartment/Suite No.:*
        *City, State, Zip Code:* **Santa Maria, CA 93455**

        Legal description or document recording number (including county of recording):

                ☒ See attached page.

3.    The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
                ☐ 11 U.S.C. § 362(d)(4)

4.    As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
a.    ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
b.    ☐ Annulled retroactively to the date of the bankruptcy petition filing.
c.    ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5.    ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

| In Re          (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|
| Cynthia Anne Valle | | |
| Ernesto Valle | Debtor(s) | CASE NO: ND-08-10467RR |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☒ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:
☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.
☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:
a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-1O.ER*).
d. ☐ See attached continuation page for additional provisions.

Dated:  04/08/2009

*Robin Riblet*
_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                     F 4001-1O.RP

| In Re | (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|---|
| Cynthia Anne Valle | | | |
| Ernesto Valle | | Debtor(s) | CASE NO: ND-08-10467RR |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C § 362 Was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____4/7/09_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

cacb_ecf@ch13wla.com
ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Ernesto Valle
Cynthia A Valle
447 Jullien Drive
Santa Maria, CA 93455

David Commons
DB Commons & Associates
5901 Encina Road, B3
Goleta, CA 93117

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*

**F 4001-1O.RP**

| In Re          (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|
| Cynthia Anne Valle | | |
| Ernesto Valle | Debtor(s) | CASE NO: ND-08-10467RR |

# SERVICE LIST

Ellen  Cha
4375 Jutland Dr, Ste.200
San  Diego, CA 92117

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                          **F 4001-1O.RP**

Escrow No. 416672-CC
Title Order No. 00416672

## EXHIBIT "ONE"

Lot 75 of Mission Highlands, Unit No. 2, in the County of Santa Barbara, State of California, as shown on map recorded in Book 55, Pages 78, 79 and 80 of Maps, in the office of the County Recorder of said County.

Excepting therefrom all oil, gas and minerals, lying or being below a depth of 500 feet below the surface thereof, but without the right to go upon or use any portion of the surface thereof to explore, drill for, produce or otherwise exploit said land's mineral rights.

Assessors Parcel No: 103-311-004

Exhibit One (Rev. 9/00)